10,319-10

Mr. Hershel Franks #285287
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

July 14, 2015

Court of Criminal Appeals
District Clerk; Abel Acosta
Supreme Court Bldg.
201 W. 14th St. Rm. 108
P.O. Box 12308
Austin, Texas 78711-2308

Re: EX PARTE HERSHEL FRANKS WRIT NO. 278414-I.

Dear Mr. Acosta;
      Please find enclosed my response the District Attorney's objections and order. Please file this in the above entitled cause and bring it to your court's attention to be heard with this cause. I want to thank you in advance for your time and attention in this very important matter. I await your court's response at their earliest convenience.

Respectfully requested,

Hershel Franks

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 20 2015
Abel Acosta, Clerk

EX PARTE  §  THE COURT OF CRIMINAL APPEALS

HERSHEL FRANKS,  §  AUSTIN, TEXAS
  Applicant

## APPLICANT'S RESPONSE TO THE STATE'S ORIGINAL ANSWER

TO THE HONORABLE JUSTICES OF SAID COURT:

**COMES NOW,** HERSHEL FRANKS, Applicant herein and in support of this motion will show this Honorable Court the following:

### I.

Applicant present claims are based upon a factual predict that have not been previously available. Applicant has now provided documentation verifying that both the factual and legal basis of these claims was unavailable. On October 6, 2014 applicant wrote to the Harris County District Clerk: Chris Daniel seeking two copies of two different indictments. See attached Ex. A. On 11-11-14 upon receipt from the District Clerk (a copy is now attached as Ex. B) applicant was totally unprepared to discover that the Grand Jury returned a "NO BILL." Applicant quickly prepared and submitted his present 11.07.

Applicant previously had no way of knowing that the Grand Jury issued a "NO BILL" and subsequently the District Attorney forged an indictment to bring applicant to trial. Applicant in his widest dreams did not even imagine this documentation existed nor that the District Attorney engage in such illegal conduct just to convict applicant. Therefore, it was impossible for applicant to have previously presented his present claims. Because the factual and legal basis were unavailable. See TEX.CODE OF CRIM. PROC. ANN art. 11.07 §4(a)(1):

> "The current claims and issues have not been and could not have been presented previously in an original application or in a previously considered application filed under this article because the <u>factual or legal basis for the claim was unavailable</u> on the date the application filed the previous application."

Because applicant has provided specific facts establishing that the "NO

1

"BILL" was previously unavailable which forms both the factual and legal basis of the claims in this 11.07 supra. Therefore, the claims in this 11.07 supra are exempt from being dismissed due to the second successive writ. 11.07 §4 a)(1).

**WHEREFORE, PREMISES CONSIDERED,** Applicant prays that this Honorable court will overruled the recommendations of the D.A. and reach the merits of each claim applicant has presented in his 11.07 supra, and grant him any other or additional relied is justly entitled to, it is so prayed.

Respectfully submitted,

Hershel Franks #285287
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

## CERTIFICATE OF SERVICE

I, hereby certify that I have sent a true and correct copy of this motion to the District Attorney addressed to. Andrew Smith, Assistant District Attorney, Harris County, Texas, 1201 Franklin St. Ste. 600, Houston, Texas 77002, by placing a true and correct copy in the U.S. Mail postage prepaid on this 14th day of July, 2015.

Hershel Franks

2

Franks Hershel #285287
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

October 6, 2014

FILED
Chris Daniel
District Clerk
NOV 11 2014
Time:
By
Harris County, Texas
Deputy

District Clerk
Chris Daniel
210 Caroline St. Ste. 420
Houston, Texas 77002

Re: Obtaining two copies of my indictments.

Dear Mr. Daniel;

    Sir, I sincerely need your assistance. I need two copies of my original indictment in cause #134805 **NOT THE SECOND OFFENDER**. The charge is ROBBERY BY ASSAULT. Also two copies of my indictment in cause #109106 the charge is ROBBERY BY ASSAULT. I will enclose a four dollar money order for payment. I want to thank you in advance for your time and attention in this matter.

                                        Respectfully requested,

                                        Franks Hershel   12/31/46
                                        Franks Hershel

**EXHIBIT A**



# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

November 14, 2014

Hershel Franks #285287
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

Re:     Your Request Received: 11/11/14
        Reference Name: Franks, Hershel
        Cause Number: #278482

Dear Mr. Franks

Certified copies of the Criminal document(s) in the above referenced cause number(s) are enclosed.

☒ Other: Receipts

Your Receipt is enclosed. If you are due a refund, it will automatically be processed by the Harris County Auditor's Office.

Sincerely,

Chris Daniel, District Clerk
Harris County, Texas

By: _____
        Denise Elliott, Deputy District Clerk

Enclosure